# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 451
:
REAPPOINTMENT TO THE MINOR : MAGISTERIAL RULES DOCKET
COURT RULES COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of February, 2021, Magisterial District Judge Daniel E. Butler, Allegheny County, is hereby reappointed as a member of the Minor Court Rules Committee for a term of three years, commencing April 1, 2021.